IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES F. LUDDON,

        Petitioner,

  v.

B. CURRY, Warden, B.P.H. COMMISSIONERS,

        Respondents.
                                   /

No. CV-08-0275 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

     **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** this action is DISMISSED without prejudice.

Dated: November 4, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk